AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
District of Oregon

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. 3:24-mj-00084 |
| SUANI HERNANDEZ-ESCOTO, | ) | |
| DARWIN PERDOMO-MARTINEZ, and | ) | |
| REYNALDO HERNANDEZ-ESCOTO | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT
## BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ May 2, 2024 _____ in the county of _____ Multnomah _____ in the
District of _____ Oregon _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A), and 846 | 1.  Conspiracy to Distribute and Possess with the Intent to Distribute 400 grams or more of Fentanyl, a Schedule II controlled substance; and,<br><br>2.  Possession with the Intent to Distribute 400 grams or more of Fentanyl, a Schedule II controlled substance. |

This criminal complaint is based on these facts:

See attached affidavit of FBI Special Agent Ryan R. Donovan.

☑ Continued on the attached sheet.

_____
/s/ By Phone
*Complainant's signature*

Ryan R. Donovan, Special Agent, FBI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
telephone at 6:13 ~~a.m.~~/p.m.

Date:   May   3  , 2024

_____
*Judge's signature*

City and state:        Portland, Oregon

Hon. Youlee Yim You, U.S. Magistrate Judge
*Printed name and title*